UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
LARRY JOHNSON,

                Plaintiff,

     -against-

WARDEN DOTY, FATHER PAUL, IMAM
JOHN NASHID, WARDEN R. ORLANDO,
AND OFFICER MATTHEW KITT,

                Defendants.
-------------------------------------------------------x

**ORDER**

15 Civ. 7823(KMK)(JCM)

       On April 21, 2020, in response to the Court's March 16, 2020 Order, (Docket No 167), Defendant Officer Matthew Kitt ("Kitt" or "Defendant") provided the following documents for the Court's *in camera* review: (1) copies of logbook entries containing proposed redactions on the basis of security and HIPAA concerns, and (2) an affidavit from Assistant Warden Keith Camera, a Westchester County Jail official, explaining the jail's security concerns that supported the proposed redactions. (Docket No. 179). The Court has reviewed Defendant's submissions and finds Defendant's proposed redactions appropriate. It is unclear whether the logbook entries submitted for *in camera* review included shifts in which Kitt was not on duty. If so, Defendant need not produce these additional documents because they are outside the parameters of the Court's prior Order. (*see* Docket No. 167 at 4-5). Defendant is directed to produce the relevant logbook entries with the proposed redactions to Plaintiff by May 8, 2020.

       Chambers will mail a copy of this Order to the *pro se* Plaintiff.

Dated: April 24, 2020
       White Plains, New York

                                    **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge