UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LARRY JOHNSON, JR.,

                Plaintiff,                15 **CIVIL** 7823 (KMK)

      -against-                      **JUDGMENT**

OFFICER KITT, individually,

               Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2021, Defendant's motion is granted; judgment is entered for Defendant, and the case is closed.

**Dated:** New York, New York
         March 24, 2021

                                              **RUBY J. KRAJICK**

                                                **Clerk of Court**
                        **BY:**

                                                **Deputy Clerk**